872 A.2d 988

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Harry M. WALSH, Jr., Respondent.

Misc. Docket AG No. 54, Sept. Term, 2004.

Court of Appeals of Maryland.

April 29, 2005.

## *ORDER*

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16–772, it is this 29TH day of April, 2005,

ORDERED, by the Court of Appeals of Maryland, that Harry M. Walsh, Jr. be, and he is hereby, disbarred by consent from the further practice of law in the State of Maryland; and it is further,

ORDERED, that the Clerk of this Court shall strike the name of Harry M. Walsh, Jr. from the register of attorneys in this Court and, pursuant to Maryland Rule 16–772(d) shall certify that to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.